# Third District Court of Appeal

## State of Florida

Opinion filed December 27, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-0536
Lower Tribunal No. 08-46627B

_____

**Michael Christopher Reid,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Rodney Smith and Charles K. Johnson, Judges.

Carlos J. Martinez, Public Defender, and John Eddy Morrison, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Marlon J. Weiss, Assistant Attorney General, for appellee.

Before LOGUE, LUCK and LINDSEY, JJ.

PER CURIAM.

<u>ON MOTION FOR CLARIFICATION</u>

Upon review of the appellant's motion for clarification, we withdraw our opinion issued in this case on November 1, 2017 and replace it with the opinion which follows.

Affirmed without prejudice to appellant's raising a claim of ineffective assistance of trial counsel in an appropriate Rule 3.850 motion. See Adderly v. State, 132 So. 3d 1234 (Fla. 3d DCA 2014); Davis v. State, 25 So. 3d 1282 (Fla. 3d DCA 2010); Taylor v. State, 848 So. 2d 435 (Fla. 3d DCA 2003).